■ VINCENT PULITANO, Appellant, v NATIONWIDE INSURANCE Co., Defendant, and ANDREW MELONI, as Sheriff of the County of Monroe, Respondent. (Appeal No. 2.) [598 NYS2d 1020] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.